Page 1 of 2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**JASON TORRES**

**Case Number: 6:06-Cr-171-Orl-31KRS**

USM Number: 26582-018

Stephen Langs
201 S. Orange Ave. #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, and 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct: Possession of Cocaine with Intent to Sell or Deliver within 1,000 feet of a Convenience Store | November 16, 2007 |
| 2 | New Criminal Conduct: Possession of Heroin with Intent to Sell or Deliver within 1,000 feet of a Convenience Store | November 16, 2007 |
| 3 | New conviction for conduct: Operating a Motor Vehicle without a Valid Driver License | August 22, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/14/2008

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

May ___15___,2008

JASON TORRES
6:06-Cr-171-Orl-31KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months** with credit for time served in federal custody.

The Court recommends to the Bureau of Prisons:

That the defendant be  incarcerated in the State of Florida and at Coleman, Florida
to be near his family, if appropriate and available

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case